# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**CITY OF LAWRENCE, KANSAS,**

      Plaintiff,

v.                                           Case No. _____

**THOMAS FRITZEL, OREAD INN, L.C.,
OREAD WHOLESALE, L.C., DFC
COMPANY OF LAWRENCE L.C. AND
JOHN DOES 1-12,**

      Defendants.

## NOTICE OF REMOVAL

Defendants Thomas Fritzel, Oread Wholesale, L.C., and DFC Company of Lawrence L.C., by and through their counsel Timothy J. Sear of Polsinelli PC (collectively "Defendants"), hereby remove the above-styled case from the Douglas County, Kansas District Court, to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1331 and 28 U.S.C. §§ 1441 and 1446. As grounds for removal, Defendants state as follows:

## STATEMENT OF THE CASE

1. Plaintiff City of Lawrence, Kansas ("Plaintiff") filed its Petition (the "Petition") against Defendants on November 16, 2016 in the District Court of Douglas County, Kansas styled <u>City of Lawrence, Kansas v. Thomas Fritzel, et al.</u>, Case No. 2016-CV-000462 (the "State Court Action").

2. It appears that Defendants were served by certified mail on November 18, 2016.

## REMOVAL BASED ON FEDERAL QUESTION

3.　　This case is a civil action over which this Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1331 because it includes claims arising under 18 U.S.C. § 1961, *et seq*. and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441.

## TIMELINESS OF REMOVAL

4.　　This Notice of Removal is timely filed within thirty (30) days after service and receipt by Defendants of the Summons and Petition, in compliance with 28 U.S.C. § 1446(b). Neither Defendants nor their attorneys have made any appearance in the State Court Action. No further proceedings have occurred in this action, and the Petition and Summons constitute the only process served in this action.

## ATTACHMENT OF STATE COURT PLEADINGS

5.　　A copy of the Petition, Summonses and other pleadings filed with the Douglas County, Kansas District Court, are attached hereto collectively as **Exhibit A** and incorporated herein by reference.

## NOTICE OF REMOVAL GIVEN TO THE STATE COURT

6.　　A Notice of Filing of Notice of Removal is being filed with the Douglas County, Kansas District Court on the date of this filing. A copy of the Notice provided to the Douglas County, Kansas District Court is attached to this hereto as **Exhibit B**.

## CONSENT OF REMOVAL

7.　　Defendant Oread Inn, L.C. consents to the removal of this case. Attached hereto, as **Exhibit C**, is a copy of the consent of co-defendant Oread Inn, L.C.

WHEREFORE, defendants Thomas Fritzel, Oread Wholesale, L.C. and DFC Company of Lawrence L.C., remove this action to the United States District Court for the District of

Kansas and request that no further proceedings be had in the District Court of Douglas County, Kansas.

        Respectfully submitted,

        POLSINELLI PC

        By:  /s/ Timothy J. Sear
            TIMOTHY J. SEAR (KS #14813)
            KELLY D. STOHS (KS #21174)
            6201 College Boulevard, Suite 500
            Overland Park, KS  66211
            Telephone:   (913) 451-8788
            Facsimile:    (913) 451-6205
            E-mail:       tsear@polsinelli.com
            E-mail:       kstohs@polsinelli.com

        ATTORNEYS FOR DEFENDANTS
        THOMAS FRITZEL, OREAD WHOLESALE, L.C.
        AND DFC COMPANY OF LAWRENCE L.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Bradley S. Russell, Esq.
William P. Denning, Esq.
Sanders Warren & Russell LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS 66210
Telephone:	913-234-6100
Facsimile:	913-234-6199
Email:	b.russell@swrllp.com
Email:	w.denning@swrllp.com

And

Toni Ramirez Wheeler, Esq.
Randall F. Larkin, Esq.
City Hall
6 East 6th Street, Fourth Floor
Lawrence, KS 66044
Telephone:	785-832-3475
Facsimile:	785-832-3405
Email:	twheeler@lawrenceks.org
Email:	rlarkin@lawrenceks.org

ATTORNEYS FOR PLAINTIFF
CITY OF LAWRENCE, KS


Todd N. Thompson, Esq.
Thompson Ramsdell
 Qualseth & Warner, P.A.
333 West Ninth Street
Lawrence, KS 66044
Telephone:	785-841-4554
Facsimile:	785-841-4499
Email:	todd.thompson@trqlaw.com

And

4

Roger N. Walter, Esq.
Law Offices of Morris Laing
800 Southwest Jackson, Suite 1310
Topeka, KS 66612
Telephone:  785-232-2662
Facsimile:  785-232-9983
Email:  rwalter@morrislaing.com

ATTORNEYS FOR DEFENDANT
OREAD INN, L.C.

                                                          /s/ Timothy J. Sear

085013/516331-JALOW-55377774.1