**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| CITY OF LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  16-2800-JAR-GEB |
| | ) | |
| THOMAS FRITZEL, | ) | |
| OREAD, INN, L.C., | ) | |
| OREAD WHOLESALE, L.C., | ) | |
| DFC COMPANY OF LAWRENCE, L.C., and | ) | |
| JOHN DOES 1-12 | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

NOW on the 28th day of April, 2017, the above referenced matter comes before the Court for a Status Conference.

Plaintiff appears by and through its attorney of record Bradley S. Russell.  Defendant Thomas Fritzel appears by and through his attorney of record Steve N. Six.  Defendants Oread Wholesale and DFC Company appear by and through their attorney of record Timothy J. Sear. Defendant Oread Inn, L.C. appears by and through its attorney of record Todd N. Thompson.

After hearing the statements of counsel, the Court enters the following Orders:

1.     The City of Lawrence is ordered to transfer to the Federal Court on or before May 5, 2017, the remaining balances due and owing Oread Inn, L.C. after payment to the City of Lawrence the lump sum settlement proceeds to the Settlement Agreement;

2.     The Clerk shall distribute the funds received from the City to Oread Inn, L.C. on or before May 8, 2017, and need not invest the funds in an interest bearing account; and

3.     The parties will file appropriate, agreed-to dismissal documents on or before May 9, 2017.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above referenced Orders of the Court are made and entered as of today's date.

IT IS SO ORDERED.

S/ Gwynne E. Birzer
Magistrate Judge Gwynne E. Birzer