## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CITY OF LAWRENCE, KANSAS,<br><br>                      Plaintiff,<br><br>  v.<br><br>THOMAS FRITZEL, et al.,<br><br>                      Defendants. | Case No. 2:16-cv-02800-JAR-GEB |

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS the Plaintiff City of Lawrence, Kansas and the Defendants Thomas Fritzel, Oread Inn, L.C., Oread Wholesale, L.C., and DFC Company of Lawrence, L.C. have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs.

Date: May 9, 2017                              Respectfully submitted,

**SANDERS WARREN & RUSSELL LLP**               **STUEVE SIEGEL HANSON LLP**

/s/ Bradley S. Russell                          /s/  Steve N. Six
Bradley S. Russell (KS#13734)                   STEVE N. SIX (KS # 16151)
William P. Denning                              460 Nichols Road, Suite 200
Sanders Warren & Russell LLP                    Kansas City, MO 64112
9401 Indian Creek Parkway, Suite 1250           Phone:  816.714.7100
Overland Park, KS  66210                        Facsimile:  816.714.7101
913.234.6100                                    E-mail:  six@stuevesiegel.com
Fax 913.234.6199
E-mail: b.russsell@swrllp.com                   *Attorney for Defendant Thomas Fritzel*
E-mail: w.denning@swrllp.com
                                                **POLSINELLI PC**
*Attorneys for Plaintiff*
*City of Lawrence, Kansas*                      /s/  Timothy J. Sear
                                                TIMOTHY J. SEAR (KS #14813)
                                                KELLY D. STOHS (KS #21174)
                                                6201 College Boulevard, Suite 500
                                                Overland Park, KS  66211
                                                Telephone:  913.451.8788
                                                Facsimile:  913.451.6205
                                                E-mail:  tsear@polsinelli.com
                                                E-mail:  kstohs@polsinelli.com

                                                *Attorneys for Defendants Thomas Fritzel, Oread Wholesale, L.C., and DFC Company of Lawrence, L.C.*

                                                **THOMPSON RAMSDELL QUALSETH & WARNER, P.A.**

                                                By:  /s/ Todd N. Thompson
                                                TODD N. THOMPSON (KS #11194)
                                                333 West Ninth Street
                                                Lawrence, KS 66044
                                                Telephone:  785.841.4554
                                                Facsimile:  785.841.4499
                                                Email:  todd.thompson@trqlaw.com

                                                *Attorney for Defendant Oread Inn, L.C.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Steve Six*
Counsel for Defendant Thomas Fritzel